ALLACCESS LAW GROUP
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for SHELBY GAIL HEIFETZ, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHELBY GAIL HEIFETZ,<br><br>    Plaintiff,<br><br>vs.<br><br>TCW PROPERTIES, LLC, et al.<br><br>    Defendants. | Case No. 19-cv-1635-NC<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

Plaintiff SHELBY GAIL HEIFETZ ("Plaintiff") and Defendants TCW Properties, LLC, and HUAYI Restaurant Inc (collectively, "Defendants"), stipulate through their undersigned counsel that this action be dismissed in its entirety with prejudice with each side bearing her/its own attorneys' fees, costs, and litigation expenses. The parties further stipulate and request that the Court retain jurisdiction over the parties' settlement agreement in accordance with the provisions of General Order No. 56.

Respectfully submitted,

Dated: August 28, 2019     ALLACCESS LAW GROUP

By: */s/ Irakli Karbelashvili*
    Irakli Karbelashvili, Attorneys for Plaintiff
    SHELBY GAIL HEIFETZ


Dated: August 29, 2019     THE KARLIN LAW FIRM LLP

By: /s/ David E. Karlin
David E. Karlin, Esq.
Attorneys for Defendants

**Filer's Attestation**

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing

*/s/ Irakli Karbelashvili*
Irakli Karbelashvili

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Having reviewed the parties' stipulation, and good cause shown, this matter is dismissed |
| 3 | in its entirety with prejudice with each side bearing her/its own attorneys' fees, costs, and |
| 4 | litigation expenses. The Court retains jurisdiction over the settlement agreement. The Clerk shall |
| 5 | close the case file. |
| 7 | **IT IS SO ORDERED.** |
| 10 | Dated: August 30, 2019 |

